UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KILLALA FINE ART LIMITED,

               Plaintiff,

-v-

JULIAN WEISSMAN, *et al.*,

               Defendants.

No. 11 Civ. 702 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a joint letter dated August 9, 2011, informing the Court that the parties have reached an agreement in principle to settle this case. Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs. However, within thirty (30) days of the date of this Order, any party may apply by letter to restore this action to the calendar of the undersigned. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:     August 9, 2011
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE